1  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@AlvaradoSmith.com
2  JACOB M. CLARK (CA Bar No. 266630)
   jclark@AlvaradoSmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6
7  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF
   CERTAIN ASSETS AND LIABILITIES OF WASHINGTON
8  MUTUAL BANK FROM FDIC ACTING AS RECEIVER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM S. IRWIN and PAMELA G. IRWIN, | CASE NO.: 5:11-cv-06341-NJV |
|---|---|
| Plaintiffs, | JUDGE: Hon. Nandor J. Vadas |
| v. | [PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, JPMORGAN CHASE BANK, N.A., as successor to WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, and Does 1-10, | CRTRM: 2nd Floor<br>DATE: April 3, 2012<br>TIME: 2:00 p.m. |
| Defendants. | Action Filed: December 15, 2011 |

The Court, having reviewed the Motion to Appear Telephonically at the Case Management Conference ("CMC") of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from FDIC acting as receiver ("JPMorgan" or "Defendant"), and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED THAT** defendant may appear telephonically at the CMC currently set to be heard on April 3, 2012 at 2:00 p.m. before the Honorable Nandor J. Vadas of the

1

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY**

1  above-entitled Court, by and through its counsel, AlvaradoSmith, (714) 852-6800.
   Counsel shall dial 888-684-8852, enter access code
2  1868782 and security code 7416

3  DATED: 3/28/12

   _____
   Honorable Nandor J. Vadas
   United States Magistrate Judge

2
**[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY**