1  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@AlvaradoSmith.com
2  JACOB M. CLARK (CA Bar No. 266630)
   jclark@AlvaradoSmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel:  (714) 852-6800
   Fax: (714) 852-6899
6
   Attorneys for Defendant
7  JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF
   CERTAIN ASSETS AND LIABILITIES OF WASHINGTON
8  MUTUAL BANK FROM FDIC ACTING AS RECEIVER

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  WILLIAM S. IRWIN and PAMELA G. IRWIN,          **CASE NO.: 5:11-cv-06341-NJV**

13          Plaintiffs,                            **JUDGE:**      Hon. Nandor J. Vadas

14  v.                                             ~~[PROPOSED]~~ **ORDER GRANTING
                                                   MOTION TO APPEAR
15  WASHINGTON MUTUAL BANK, A                      TELEPHONICALLY AT  CASE
    FEDERAL ASSOCIATION, JPMORGAN                  MANAGEMENT CONFERENCE**
16  CHASE BANK, N.A., as successor to
    WASHINGTON MUTUAL BANK, A                      **CRTRM:**      2nd Floor
17  FEDERAL ASSOCIATION, and Does 1-10,            **DATE:**       April 3, 2012
                                                   **TIME:**       2:00 p.m.
18          Defendants.

19                                                 **Action Filed:** December 15, 2011

20

21

22

23          The Court, having reviewed the Motion to Appear Telephonically at the Case Management

24  Conference ("CMC") of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and

25  liabilities of Washington Mutual Bank from FDIC acting as receiver ("JPMorgan" or "Defendant"),

26  and good cause appearing therefore, hereby orders as follows:

27          **IT IS HEREBY ORDERED THAT** defendant may appear telephonically at the CMC

28  currently set to be heard on April 3, 2012 at 2:00 p.m. before the Honorable Nandor J. Vadas  of the

(sidebar) ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY**

1   above-entitled Court, by and through its counsel, AlvaradoSmith, (714) 852-6800.

Counsel shall dial 888-684-8852, enter access code

2   1868782 and security code 7416

3   DATED:  3/28/12

                           Honorable Nandor J. Vadas

4                              United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

2

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY**