UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM S. IRWIN and PAMELA G. IRWIN,<br><br>  Plaintiffs,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, et al.,<br><br>  Defendants.<br>_____/ | No. 5:11-CV-06341 NJV<br><br>ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION |

Pursuant to Court order entered December 15, 2011, this case was scheduled for a case management conference on April 3, 2012. (Docket No. 2.) Plaintiffs failed to appear for the conference. Accordingly, Plaintiffs are HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for lack of prosecution. Plaintiffs shall file their written response no later than April 17, 2012. Defendants may file a response no later than April 24, 2012. The matter is set for hearing on May 1, 2012, at 1:30 p.m. The parties may appear telephonically by dialing 888-684-8852, entering access code 1868782 and entering security code 7416.

IT IS SO ORDERED.

Dated: April 4, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge