1

2

3

4

5             UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7                   EUREKA DIVISION

8

9   WILLIAM S. IRWIN and PAMELA G. IRWIN,        No.5:11-CV-06341 NJV

10                                               ORDER TO SHOW CAUSE RE DISMISSAL
              Plaintiffs,                        OF ACTION
11
         v.
12
    WASHINGTON   MUTUAL   BANK,   A
13  FEDERAL ASSOCIATION, et al.,

14            Defendants.
    _____/
15

16         Pursuant to Court order entered December 15, 2011, this case was scheduled for a case

17  management conference on April 3, 2012.  (Docket No. 2.)  Plaintiffs failed to appear for the

18  conference.  Accordingly, Plaintiffs are HEREBY ORDERED to SHOW CAUSE why this action

19  should not be dismissed for lack of prosecution.  Plaintiffs shall file their written response no later

20  than April 17, 2012.  Defendants may file a response no later than April 24, 2012.  The matter is set

21  for hearing on May 1, 2012, at 1:30 p.m.  The parties may appear telephonically by dialing 888-684-

22  8852, entering access code 1868782 and entering security code 7416.

23

24

25  IT IS SO ORDERED.

26

27  Dated: April 4, 2012

28                                    _____
                                      NANDOR J. VADAS
                                      United States Magistrate Judge

**United States District Court**
For the Northern District of California