S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM FDIC ACTING AS RECEIVER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM S. IRWIN and PAMELA G. IRWIN,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, JPMORGAN CHASE BANK, N.A., as successor to WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, and Does 1-10,<br><br>Defendants. | **CASE NO.: 5:11-cv-06341-NJV**<br><br>**JUDGE:**   Hon. Nandor J. Vadas<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT HEARING RE MOTION TO DISMISS COMPLAINT**<br><br>**CRTRM:**  2nd Floor<br>**DATE:**   May 15, 2012<br>**TIME:**   10:00 a.m.<br><br>**Action Filed:** December 15, 2011 |

The Court, having reviewed the Motion to Appear Telephonically at the hearing re Motion to Dismiss Complaint ("Motion") of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from FDIC acting as receiver ("JPMorgan" or "Defendant"), and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED THAT** defendant may appear telephonically at the Motion currently set to be heard on May 15, 2012 at 10:00 a.m. before the Honorable Nandor J. Vadas of

1  the above-entitled Court, by and through its counsel, AlvaradoSmith, (714) 852-6800.

2     To appear telephonically, parties shall dial 888-684-8852, enter access code 1868782 and

3  enter security code 7416.

5  DATED: 4/6/12

   _____
   Honorable Nandor J. Vadas
   United States Magistrate Judge