1  William S. Irwin and Pamela G. Irwin
2  P.O. Box 865
3  Lakeport, CA  95453
4  Tel (707) 263-4726
5  billirwin@mchsi.com
6
7  Plaintiffs *in pro se*
8
9                    UNITED STATES DISTRICT COURT
10                     Northern District of California
11
12  WILLIAM S. IRWIN and              )   CASE NO: 11-cv-06341-NJV
13  PAMELA G. IRWIN,                  )
14                                    )   [PROPOSED] ORDER GRANTING
15              Plaintiffs,           )   PLAINTIFFS' MOTION TO APPEAR
16                                    )   TELEPHONICALLY AT MOTION TO
17  vs.                               )   DISMISS HEARING
18                                    )
19  WASHINGTON MUTUAL BANK,           )
20  A FEDERAL ASSOCIATION,            )
21  JPMORGAN CHASE BANK, N.A., as     )
22  successor to WASHINGTON MUTUAL    )
23  BANK, A FEDERAL ASSOCIATION, and  )
24  DOES 1-10,                        )   Hearing Date: May 15, 2012
25                                    )   Hearing Time: 10:00 a.m.
26              Defendants.           )   Judge: Honorable Nandor J. Vadas
27  _____   )
28

29       The Court, having reviewed Plaintiffs' Motion to Appear Telephonically at the Motion to

30  Dismiss hearing, and good cause appearing therefore, hereby orders as follows:

31  IT IS HEREBY ORDERED THAT Plaintiff Pamela G. Irwin may appear telephonically at the

32  Motion to Dismiss hearing currently set for May 15, 2012, at 10:00 a.m., before the Honorable

33  Nandor J. Vadas of the above-entitled Court.

34
35  DATED:  4/25/12                        _____
36                                         Honorable Nandor J. Vadas
                                           United States Magistrate Judge