1  William S. Irwin and Pamela G. Irwin
2  P.O. Box 865
3  Lakeport, CA  95453
4  Tel (707) 263-4726
5  billirwin@mchsi.com
6
7  Plaintiffs *in pro se*

UNITED STATES DISTRICT COURT
Northern District of California

| | |
|---|---|
| WILLIAM S. IRWIN and PAMELA G. IRWIN,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, JPMORGAN CHASE BANK, N.A., as successor to WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, and DOES 1-10,<br><br>Defendants. | CASE NO: 11-cv-06341-NJV<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING<br><br>Hearing Date: May 15, 2012<br>Hearing Time: 10:00 a.m.<br>Judge: Honorable Nandor J. Vadas |

The Court, having reviewed Plaintiffs' Motion to Appear Telephonically at the Motion to Dismiss hearing, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED THAT Plaintiff Pamela G. Irwin may appear telephonically at the Motion to Dismiss hearing currently set for May 15, 2012, at 10:00 a.m., before the Honorable Nandor J. Vadas of the above-entitled Court.

DATED: 4/25/12

Honorable Nandor J. Vadas
United States Magistrate Judge

Page 1