UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| WILLIAM S. IRWIN and PAMELA G. IRWIN,<br><br>    Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, A FEDERAL ASSOCIATION, et al.,<br><br>    Defendants. | No. 5:11-CV-06341 NJV<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION |

Pursuant to Court order entered December 15, 2011, this case was scheduled for a case management conference on April 3, 2012. (Docket No. 2.) Plaintiffs failed to appear for the conference. Accordingly, on April 4, 2012, the Court entered an order requiring Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. The matter came on for hearing on May 1, 2012, at 1:30 p.m. The Court heard and has considered the arguments of the parties. Good cause appearing, the Order to Show Cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: May 1, 2012

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IRWIN,

v.

WASHINGTON MUTUAL
_____/

No. C 11-6341 NJV

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

William Irwin
Pamela G. Irwin
P.O. Box 865
Lakeport, CA 95453

RICHARD W. WIEKING, CLERK

By:/s/ _____
    Gloria Masterson
    Deputy Clerk

2